ACCEPTED
03-13-00196-CV
4835220
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 5:42:41 PM
JEFFREY D. KYLE
CLERK

# No. 03-13-00196-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/9/2015 5:42:41 PM
JEFFREY D. KYLE
Clerk

## THIRD COURT OF APPEALS
### AUSTIN, TEXAS

**MICHELLE BUBNIS,** *Appellant*

**V.**

**LEANDER I.S.D.,** *Appellee*

**On Review from the 126th District Court of Travis County
Cause No. D-1-GV-09-001868, the Honorable Tim Sulak Presiding**

## APPELLANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE A MOTION FOR REHEARING

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS:

Appellant, Michelle Bubnis, respectfully asks this Honorable Court to extend the time to file Appellant's Motion for Rehearing.

### A. Introduction

1. The Appellant is Michelle Bubnis, an injured school teacher and former citizen of Texas who resided in the Travis County, Texas at the time of her accident; and the Respondent is the Leander Independent School District, a political subdivision treated as a workers' compensation insurance carrier in Texas.

2. This Court issued its decision on March 25, 2015.

3. This motion is filed on April 9, 2015, the current due date and within the time to file a motion to extend time, as required by Texas Rules of Appellate Procedure including Rule 49.8

4. Lead counsel for Respondent is unopposed to this motion.

## B. Argument & Authorities

5. This Court has authority under Rule 49.8 to grant Appellant additional time to file Appellant's Motion for Rehearing

6. This matter is a *pro bono* appeal.

7. This Court issued its decision on March 25, 2015, and this makes the rehearing due on April 9, 2015.

8. Appellant requests an additional 30 days from April 9, 2015 to file the Appellant's Brief, extending the time until Saturday, May 9, 2015, which would extend the due date until Monday May 11, 2015.

9. One previous unopposed extension has been granted to extend time to file the Appellant's Brief, and Appellee is unopposed to this extensions.

10. Appellant needs additional time to file the Appellant's Brief because:

a. Counsel for Appellant has been involved with other judicial and administrative proceedings in the last month and continuing into the next. Appellant's counsel has also had previously set family and children's

educational and extracurricular commitments in the last month and extending into this month. Appellant's counsel is of counsel to a very small law firm, and counsel has had an extremely heavy workload with prior deadlines and hearings. Included in the previous and future commitments of Appellant's counsel, counsel had oral argument before this Court on March 25, 2015 in Case No. 03-14-00012-CV. Counsel had oral argument before the Texas Supreme Court on March 26, 2015 in Case No. 14-0272. Counsel file a Reply Brief before the 5th Court of Appeals on April 2, 2015. Counsel has a Motion for Rehearing due on April 13, 2015, in Case 14-0256. Counsel has an Appellant's Brief due on April 23, 2015 in Case No. 05-15-00195-CV before the 5th Court of Appeals. Appellant's counsel is also currently lead counsel of record in District Court matters in Travis County, Harris County, Edinburgh County, Rockwall County, Martin County and other counties.

b.      Because the Appellant's Motion for Rehearing is currently due on April 9, 2015, and for the reasons contained herein, Appellant is filing this Motion to Extend Time to File the Appellant's Motion for Rehearing.

c.      To be able to file the succinctly and adequately file the Appellant's Motion for Rehearing in this significant workers' compensation matter an additional 30 days is requested, and not additional extensions are anticipated.

## C. Conclusion

This unopposed motion to extend time to file Appellant's Motion for Rehearing is not for the purposes of delay but for time for adequate and succinct briefing and more time to review the record and this Court's opininon and to address properly this critical workers' compensation matter.

## D.      Prayer

12.    For these reasons, Appellant respectfully prays and asks the Court to grant an extension of time of 30 days, plus one two day, until Monday, May 11, 2015, to file the Appellant's Brief.

Respectfully,

/s/ Brad McClellan
Bradley Dean McClellan
State Bar No. 13395980
1701 Directors Blvd., Suite 110
Austin, Texas 78744
(512) 327-6884 telephone
(512) 327-8354 facsimile
Brad.McClellan@yahoo.com
**Attorney for Appellant, Michelle Bubnis**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Michael Donovan, lead counsel for Appellee by email, and he is unopposed to the Appellant's Motion to Extend Time to file a Motion for Rehearing.

/s/ Brad McClellan
Bradley Dean McClellan

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Appellant's Motion to Extend Time to File was served on the through counsel of record by the method indicated below on April 9, 2015:

Michael J. Donovan                                                *VIA efiling*
mdonovan@bajb.com
Burns Anderson Jury & Brenner, L.L.P.
P.O. Box 26300
Austin, Texas 78755-6300
512-338-5322
512-338-5363 fax


/s/ Brad McClellan
Brad McClellan